· ELLEN F. GREALISH, as Administratrix of the Estate of
ISABELLA S. GREALISH, Deceased, Respondent, v. BROOKLYN,
QUEENS COUNTY AND SUBURBAN RAILROAD COMPANY,
Appellant.

Reported below, 130 App. Div. 238.
(Argued April 26, 1909; decided May 4, 1909.)

MOTION to dismiss an appeal from a judgment entered
January 14, 1909, upon an order of the Appellate Division of
the Supreme Court in the second judicial department, which
reversed an order of a Trial Term setting aside a verdict in

favor of plaintiff and granting a new trial, and directed the reinstatement of such verdict in an action to recover for the death of plaintiff's intestate alleged to have occurred through defendant's negligence.

*P. L. Ryan* for motion.

*D. A. Marsh* opposed.

Motion denied, with ten dollars costs.